DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Blake<br><br>Case below:<br>157 N.C. App. 365 | No. 253P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-1141) | Denied |
| State v. Bowes<br><br>Case below:<br>159 N.C. App. 18 | No. 394A03 | AG's Motion for Temporary Stay (COA02-323) | Allowed<br>**07/30/03** |
| State v. Boyd<br><br>Case below:<br>154 N.C. App. 302 | No. 367P03 | Def's PWC to Review the Decision of the COA (COA01-1155) | Denied |
| State v. Brewer<br><br>Case below:<br>158 N.C. App. 313 | No. 359P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-994) | Denied |
| State v. Brown<br><br>Case below:<br>357 N.C. 382 | No. 145A02 | AG's Motion to Unseal *Ex Parte* Motion in Clerk's File N.C. R. App. P. 37 | **See Opinion Filed 08/22/03** |
| State v. Caldwell<br><br>Case below:<br>157 N.C. App. 573 | No. 274P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-553) | Denied |
| State v. Clifton<br><br>Case below:<br>158 N.C. App. 88 | No. 342P03 | 1. Def's PWC to Review the Decision of the COA (COA02-601)<br><br>2. Def's Motion to Amend PWC to Review the Decision of the COA | 1. Denied<br><br>2. Allowed |
| State v. Cooper<br><br>Case below:<br>157 N.C. App. 142 | No. 249P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-776) | Denied |
| State v. Covington<br><br>Case below:<br>156 N.C. App. 698 | No. 307P03 | Def's PWC to Review the Decision of the COA (COA02-121) | Denied |
| State v. Covington<br><br>Case below:<br>151 N.C. App. 749 | No. 373P03 | Def's PWC to Review the Decision of the COA (COA02-131) | Denied |